# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1959.  JAMIE JACKSON v. ARTHUR L. WALKER, et al.**

Inmate Jamie Jackson filed a pro se civil action alleging, generally, that he has been deprived of his interest in his father's estate.  In his complaint, as amended, Jackson named Bernice Easterling, attorney Arthur L. Walker, and Arthur L. Walker and Associates, LLC, as defendants.  Walker and his firm filed a motion to dismiss, which the trial court granted.  Jackson then filed this direct appeal.  For the following reasons, we lack jurisdiction to consider the appeal.

First, the trial court's order is interlocutory.  "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted).  Here, although the trial court dismissed Jackson's claims against attorney Walker and his firm, Jackson's claims against Easterling remain pending.  Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See id.

Second, because Jackson is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Pursuant to OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Accordingly, we lack jurisdiction to consider a direct appeal in this case.  See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/03/2017_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*